92–2628. State v. Johnson. *Summit County,* No. 15065. On motion for briefing schedule. Motion granted and sixty days allowed.

WRIGHT, J., would grant thirty days.

On request for sanctions against appellant. Request denied.